1  Robert J. Giuffra, Jr. (*pro hac vice forthcoming*)
   giuffrar@sullcrom.com
2  William B. Monahan (*pro hac vice forthcoming*)
   monahanw@sullcrom.com
3  Darrell S. Cafasso (*pro hac vice forthcoming*)
   cafassod@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   125 Broad Street
5  New York, New York 10004
   Telephone:  (212) 558-4000
6  Facsimile:   (212) 558-3588

7  Kyle Niemi (SBN 4147849)
   niemik@sullcrom.com
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone: (650) 461-5600
10 Facsimile: (650) 461-7700

11 *Counsel for Defendant FCA US LLC*
12

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16  AUBURN CARPENTER,                    Case No. 5:17-cv-00288-EMC
17  individually and on behalf of all
    others similarly situated,           **STIPULATION AND [PROPOSED]**
18                                        **ORDER TO STAY ACTION**
                         Plaintiff,       **PENDING DECISION BY THE**
19                                        **JUDICIAL PANEL ON**
                    v.                    **MULTIDISTRICT LITIGATION**
20  FCA US LLC, a Delaware
21  Limited Liability Company;           Judge:   Honorable Edward M. Chen
    ROBERT BOSCH GMBH, a
22  corporation organized under the
    laws of Germany; and ROBERT
23  BOSCH LLC, a Delaware
    Limited Liability Company,
24
                    Defendants.
25
26
27
28

SULLIVAN & CROMWELL LLP

1    WHEREAS, on January 20, 2017, plaintiff Auburn Carpenter
2 ("Plaintiff") filed a complaint (the "Complaint") against FCA US LLC ("FCA"),
3 Robert Bosch LLC, and Robert Bosch GmbH (together, "Defendants");[1]

4    WHEREAS, Plaintiff alleges in the Complaint that Defendants made
5 false representations concerning vehicle emissions and fuel efficiency concerning
6 model year 2014-2016 Dodge Ram 1500 and model year 2014-2016 Jeep Grand
7 Cherokee vehicles equipped with "EcoDiesel" engines (see Dkt. 1 at 4);

8    WHEREAS, Plaintiff alleges that the vehicles were equipped with a
9 so-called "defeat device" designed to limit emissions and increase fuel efficiency
10 in testing conditions (see id. at 31);

11    WHEREAS, Plaintiff purports to bring suit on behalf of a national,
12 putative class of purchasers and lessees of the Dodge Ram 1500 and the Jeep
13 Grand Cherokee vehicles with EcoDiesel engines (see id. at 56-57);

14    WHEREAS, at least eight other putative class action lawsuits (with
15 the instant action, the "Actions") have been filed against FCA and/or Defendants
16 making similar allegations concerning false representations of fuel efficiency and
17 vehicle emissions in FCA vehicles with diesel engines that were allegedly
18 equipped with "defeat devices,"[2] and additional such suits may be filed in the
19 future;

20    WHEREAS, plaintiffs in one of the Actions, *Warren* v. *FCA US LLC*,
21 No. 17-cv-00059, have filed a motion with the Judicial Panel on Multidistrict
22 Litigation ("JPML") requesting Transfer and Centralization of all Related Cases

23 
---
[1]    By entering into this stipulation, Defendants do not waive, and expressly
24 preserve, all defenses, including all defenses concerning jurisdiction, service or
25 otherwise.

26 [2]    *Stephens* v. *FCA US LLC et al.*, No. 17-cv-00040 (M.D. Ala.); *Warren* v.
*FCA US LLC et al.*, No. 17-cv-00059 (N.D. Ala.); *Chavez* v. *FCA US LLC et al.*,
27 No. 16-cv-06909 (N.D. Cal.); *Fasching* v. *FCA US LLC et al.*, No. 17-cv-00231
(N.D. Cal.); *Walker* v. *FCA US LLC et al.*, No. 17-cv-00405 (N.D. Cal.); *Kitchel* v.
28 *FCA US LLC et al.*, No. 17-cv-00538 (N.D. Cal.); *Sebastian* v. *FCA US LLC et al.*,
No. 17-cv-00085 (S.D. Cal.); *Marlatt* v. *FCA US LLC et al.*, No. 17-cv-00096
(S.D. Ohio).

-1-

Case 3:17-cv-00288-EMC   Document 13   Filed 02/14/17   Page 3 of 7

1   (and any future-filed "tag-along" actions), including the instant action, for

2   coordinated or consolidated pretrial proceedings in a multidistrict litigation

3   ("MDL"; the "MDL Motion"), *see In re Chrysler-Dodge-Jeep EcoDiesel Mktg.,*

4   *Sales Practices, and Prods. Liab. Litig.,* MDL No. 2777 (J.P.M.L. filed February 9,

5   2017) (Dkt. No. 1);

6          WHEREAS, FCA intends to file a brief with the JPML supporting

7   centralization of the Actions, including the instant action, and any "tag-along"

8   cases in one district for consolidated pre-trial proceedings;

9          WHEREAS, the MDL Motion has been set for the next JPML

10  Hearing Session on March 30, 2017;

11         WHEREAS, the parties have met and conferred and agree that the

12  requested stay during the pendency of the MDL Motion would save judicial and

13  party resources;

14         WHEREAS, if the MDL Motion is withdrawn and no Defendant

15  thereafter (within two weeks of withdrawal) files its own motion with the JPML

16  requesting transfer and centralization of all Actions (and any future-filed "tag-

17  along" actions), including the instant action, for coordinated or consolidated

18  pretrial proceedings in an MDL, the parties agree that the stay of this action should

19  be immediately lifted; and

20         WHEREAS, should a stay order not be entered in any other related

21  case, either party may move to lift the stay of this action.

22         NOW, THEREFORE, the parties, by and through their undersigned

23  attorneys, hereby stipulate and request that the Court enter an Order staying all

24  proceedings and cancelling any deadlines in this action until further order of the

25  Court after the JPML has decided whether to centralize the Actions, including the

26  instant action, in an MDL proceeding.

27

28

-2-

SULLIVAN & CROMWELL LLP

| 1 | Dated: | February 14, 2017 | Respectfully and jointly submitted, |

2

3

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. (*pro hac vice*

4

*forthcoming*)
giuffrar@sullcrom.com
William B. Monahan (*pro hac vice*

5

*forthcoming*)
monahanw@sullcrom.com

6

Darrell S. Cafasso (*pro hac vice*

7

*forthcoming*)
cafassod@sullcrom.com
SULLIVAN & CROMWELL LLP

8

125 Broad Street
New York, New York 10004

9

Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

10

11

Kyle Niemi (SBN 4147849)
niemik@sullcrom.com
SULLIVAN & CROMWELL LLP

12

1870 Embarcadero Road
Palo Alto, California 94303

13

Telephone: (650) 461-5600
Facsimile: (650) 461-7700

14

15

*Counsel for Defendant FCA US LLC*

| 16 | Dated: | February 14, 2017 |

17

*/s/ Matthew D. Slater* (with permission)
Matthew D. Slater

18

mslater@cgsh.com
CLEARY GOTTLIEB STEEN &

19

HAMILTON LLP
2000 Pennsylvania Avenue, NW

20

Washington, D.C.  20006
Telephone: (202) 974-1500
Facsimile: (292) 974-1999

21

22

*Counsel for Defendant Robert Bosch*
*LLC*

23

24

25

26

27

28

-3-

1  Dated:    February 14, 2017

2                                        */s/ Steve W. Berman* (with permission)
                                         Steve W. Berman (*pro hac vice*)
3                                        steve@hbsslaw.com
                                         Jessica M. Thompson (*pro hac vice*)
4                                        jessicat@hbsslaw.com
                                         HAGENS BERMAN SOBOL SHAPIRO
5                                        LLP
                                         1918 Eighth Avenue, Suite 3300
6                                        Seattle, WA 98101
                                         Telephone: (206) 623-7292
7                                        Facsimile: (206) 623-0594

8                                        Shana E. Scarlett (SBN 217895)
                                         HAGENS BERMAN SOBOL SHAPIRO
9                                        LLP
                                         715 Hearst Avenue, Suite 202
10                                       Berkeley, California 94710
                                         Telephone: (510) 725-3000
11                                       Facsimile: (510) 725-3001
                                         shanas@hbsslaw.com

12                                       Peter B. Fredman (189097)
                                         LAW OFFICE OF PETER FREDMAN
13                                       PC
                                         125 University Ave, Suite 102
14                                       Berkeley, CA 94710
                                         Telephone: (510) 868-2626
15                                       Facsimile: (510) 868-2627
                                         peter@peterfredmanlaw.com
16
                                         Christopher A. Seeger (pro hac vice to be
17                                       filed)
                                         SEEGER WEISS LLP
18                                       77 Water Street
                                         New York, NY 10005
19                                       Telephone: (212) 584-0700
                                         Facsimile: (212) 584-0799
20                                       cseeger@seegerweiss.com

21                                       James E. Cecchi
                                         CARELLA, BYRNE, CECCHI,
22                                       OLSTEIN BRODY & AGNELLO, P.C.
                                         5 Becker Farm Road
23                                       Roseland, NJ 07068
                                         Telephone: (973) 994-1700
24                                       Facsimile: (973) 994-1744
                                         jcecchi@carellabyrne.com
25
                                         Robert C. Hilliard (pro hac vice to be
26                                       filed)
                                         HILLIARD MUNOZ GONZALES LLP
27                                       719 S. Shoreline Blvd., Suite 500
                                         Corpus Christi, TX 78401
28                                       Telephone: (361) 882-1612
                                         bobh@hmglawfirm.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, L.P.A.
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202-3604
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

E. Powell Miller (pro hac vice to be filed)
THE MILLER LAW FIRM PC
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Counsel for Plaintiffs*

-5-

SULLIVAN & CROMWELL LLP

1

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

2

In accordance with Civil Local Rule 5-1(i)(3), I attest that

3

4

concurrence in the filing of this document has been obtained from the signatories.

5

Dated: February 14, 2017                SULLIVAN & CROMWELL LLP

6

*/s/ William B. Monahan*

7

William B. Monahan

8

9

## ORDER

10

PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13

Dated: _2/15/17_

14

Honorable Edward M. Chen

15

UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-